AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**FRANK MALLERDINO,**

        Plaintiff,

        V.                    CASE NUMBER: **03-C-493**

**PFIZER, INC.,**
**NICK RALLO, and**
**AMY PITTS,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendants' motion for summary judgment is GRANTED.**

**Plaintiff was not wrongfully discharged in violation of public policy.**

**Plaintiff's claim against defendants Nick Rallo and Amy Pitts for intentional interference with his alleged employment contract is dismissed because Nick Rallo and Amy Pitts' conduct was privileged.**

**Plaintiff's two claims against all defendants for intentional infliction of emotion distress for terminating him in "extreme and outrageous circumstances" and his claim for defamation against Pfizer, Inc and Nick Rallo are dismissed because his claims are not supported by the evidence adduced during discovery, which plaintiff concede's.**

**This action is hereby DISMISSED.**

| **July 20, 2006** | **SOFRON B. NEDILSKY** |
| Date | Clerk |
| | |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |